**TDM AMERICA, LLC, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5138.

United States Court of Appeals, Federal Circuit.

July 16, 2012.

David W. Denenberg, Davidoff Malito & Hutcher, LLP, of Garden City, NY, argued for plaintiff-appellant. With him on the brief was Michael A. Adler.

Walter W. Brown, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant–appellee. With him on the brief were Tony West, Assistant Attorney General, and John Fargo, Director. Of counsel on the brief was Susan L.C. Mitchell, Assistant Director, United States Department of Justice, of Washington, DC.

Before RADER, Chief Judge,
NEWMAN and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**